DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

FERMIN C. QUINTERIO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1736

_____

October 29, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Joshua Riba, Judge.

Fermin C. Quinterio, pro se.

PER CURIAM.

Affirmed.

KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.